Armen Davidian
8517 Marklein Avenue
North Hills, CA 91343
Tel: +1 (323) 441-3722
Email: xcho520i@yahoo.com

FILED

APR 28 2026

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br>Armen Davidian<br><br>       Debtor.<br><hr>Swift Financial, LLC as servicing agent for<br>WebBank<br><br>       Plaintiff<br>v.<br>Armen Davidian<br><br>       Defendant | Adversary: 1:26-ap-01017-MB<br>BK Case No. 1:25-bk-11688<br>Chapter 7<br><br>**ANSWER TO AMENDED COMPLAINT** |

1. Deny based on lack of information and belief.
2. Admit that I am Armen Davidian.
3. Admit court has jurisdiction.
4. Admit court has jurisdiction.
5. Deny based on lack of information and belief.
5. Deny based on lack of information and belief.
6. Deny based on lack of information and belief.
7. Deny based on lack of information and belief.
8. Deny
9. Deny in part, admit in part.
10. Deny but admit that I entered into a loan agreement.
11. Admit in part.
12. Admit in part.
13. Deny
14. Deny
15. Deny
16. Deny
17. Deny
18. Deny
19. Deny
20. Admit that I received loan proceeds. Deny rest.
21. Admit that I received loan proceeds. Deny rest.
22. Admit that I received loan proceeds. Deny rest.
23. Deny
24. Deny
25. Deny
26. Deny

27. Deny
28. Deny
29. Deny
30. Deny
31. Deny
32. Deny
33. Deny
34. Deny
35. Deny
36. Deny
37. Deny
38. Deny
39. Deny
40. Deny
41. Deny
42. Deny
43. Deny
44. Deny
45. Deny
46. Deny
47. Deny
48. Deny
49. Deny
50. Deny
51. Deny
52. Deny
53. Deny
54. Deny
55. Deny
56. Deny
57. Deny
58. Deny
59. Deny
60. Deny
61. Deny
62. Deny
63. Deny
64. Deny
65. Deny
66. Deny
67. Deny
68. Deny
69. Deny
70. Deny
71. Deny
72. Deny
73. Deny
74. Deny
75. Deny
76. Deny

| 77. | Deny |
| 78. | Deny |
| 79. | Deny |
| 80. | Deny |
| 81. | Deny |
| 82. | Deny |
| 83. | Deny |
| 84. | Deny |
| 85. | Deny |
| 86. | Deny |
| 87. | Deny |

## AFFIRMATIVE DEFENSES

1st Affirmative Defense:  Complaint fails to state facts in support of claim.
2nd Affirmative Defense:  Statute of limitations has lapsed.
3rd Affirmative Defense:  Res judicata and issue preclusion precludes.
4th Affirmative Defense:  Plaintiff has unclean hands.

Armen Davidian

3

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My address is located in Los Angeles County. A true and correct copy of the Answer will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **4/27/2026** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Sandra McBeth (TR)**    jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- **Daren M Schlecter**    daren@schlecterlaw.com, assistant@schlecterlaw.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL:** On I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04/27/2026 | Narine Stepanyan | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

4