| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daren M. Schlecter (SBN 259537)<br>Law Office of Daren M. Schlecter, A Prof. Corp.<br>10866 Wilshire Blvd., Suite 1270<br>Los Angeles, CA 90024<br>Phone: 310-553-5747<br>Fax: 310-553-5487<br>Email: Daren@schlecterlaw.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff Swift Financial, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>Armen Davidian<br><br><br>Debtor(s). | CASE NO.: 1:26-bk-11688-MB<br><br>ADVERSARY NO.: 1:26-ap-01017-MB<br><br>CHAPTER: 7 |
|---|---|
| Swift Financial LLC<br><br><br>Plaintiff(s).<br>vs.<br>Armen Davidian<br><br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 05/27/2026<br>TIME: 1:30pm<br>COURTROOM: 303<br>ADDRESS: 21041 Burbank Blvd, Crtrm 303,<br>Woodland Hills, CA 91367 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

  1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☒ Yes   ☐ No

  2. Have all parties filed and served answers to the Claims Documents?    ☒ Yes   ☐ No

  3. Have all motions addressed to the Claims Documents been resolved?    ☒ Yes   ☐ No

  4. Have counsel met and conferred in compliance with LBR 7026-1?    ☒ Yes   ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

## B. READINESS FOR TRIAL:

1. When will you be ready for trial in this case?

| <u>Plaintiff</u> | | <u>Defendant</u> |
|---|---|---|
| January, 2027 | I don't know | |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Plaintiff needs six months for discovery | |

3. When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | | <u>Defendant</u> |
|---|---|---|
| 12/31/2026 | I don't know | |

4. What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | | <u>Defendant</u> |
|---|---|---|
| Written Discovery<br>Third Party Discovery<br>Depositions | I don't know | |

## C. TRIAL TIME:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| <u>Plaintiff</u> | | <u>Defendant</u> |
|---|---|---|
| 2-3 days | 1 day | |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| <u>Plaintiff</u> | | <u>Defendant</u> |
|---|---|---|
| 5-10 | I don't know | |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3.  How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>                                                    I don't know  <u>Defendant</u>

10-20

### D.  <u>PRETRIAL CONFERENCE</u>:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>                                                    <u>Defendant</u>
Pretrial conference ☐ is ☒ is not  requested          Pretrial conference ☐ is ☒ is not  requested
Reasons:                                               Reasons:

<u>Plaintiff</u>                                                    <u>Defendant</u>
Pretrial conference should be set <u>after</u>:          Pretrial conference should be set <u>after</u>:

(*date*) _____                                  (*date*) _____

### E.  <u>SETTLEMENT</u>:

1.  What is the status of settlement efforts?

Pending

2.  Has this dispute been formally mediated?     ☐ Yes     ☒ No
If so, when?

3.  Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>                                                    <u>Defendant</u>

☐ Yes   ☒ No                                          ☐ Yes   ☒ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 05/07/2026

Law Office of Daren M. Schlecter
Printed name of law firm

/s/ Daren M. Schlecter
Signature

Daren M. Schlecter
Printed name

Attorney for: Plaintiff

Date: 05/07/2026

Armen Davidian, In Pro Per
Printed name of law firm

Signature

Armen Davidian
Printed name

Attorney for: Pro Per

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10866 Wilshire Blvd, Ste 1270, Los Angeles, CA 90024

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served
or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner
stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
 05/11/2026   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Sandra McBeth (TR) jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
Daren M Schlecter on behalf of Plaintiff Swift Financial LLC daren@schlecterlaw.com, assistant@schlecterlaw.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/11/2026   , I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

Armen Davidian
8517 Marklein Avenue
North Hills, CA 91343

Defendant

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)              , I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/11/2026 | Daren M. Schlecter | /s/ Daren M. Schlecter |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.